IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Glenda F. Coleman,<br><br>        Plaintiff,<br><br>vs.<br><br>South University,<br><br>        Defendant. | C/A No.: 3:12-2114-MBS-SVH<br><br><br>ORDER |

      This matter comes before the court on Defendant's motion to compel. [Entry #18]. Defendant indicates that Plaintiff has not provided responses to Defendant's First Interrogatories and Requests for Production. Defendant's discovery requests were served on Plaintiff on October 23, 2012, and the responses were due, after several extensions, on January 17, 2013. [Entry #18-5]. Defendant attached copies of the discovery requests to the motion to compel. [Entry #18-1]. Plaintiff's response to the motion to compel acknowledges the responses are overdue and indicates that counsel intended to serve the responses by February 18, 2013. The parties have not indicated whether the responses were served.

      The court grants the motion to compel. Plaintiff is directed to provide responses to the discovery requests by February 28, 2013.

      IT IS SO ORDERED.

February 21, 2013                             Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge